# Court of Appeals
# of the State of Georgia

ATLANTA,   April 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0293. SEAN RYAN O'MALLEY v. THE STATE.**

A jury found Sean O'Malley guilty on three counts of child molestation, and the trial court entered sentence on January 8, 2016. O'Malley filed a motion for new trial on February 15, 2016, which the trial court denied on October 28, 2020. O'Malley filed a notice of appeal on November 6, 2020 from the trial court's denial of his motion for new trial. This Court dismissed O'Malley's appeal for a lack of jurisdiction.

On September 2, 2021, O'Malley filed an out-of-time notice of appeal, and the trial court transmitted the record. We, however, lack jurisdiction over this appeal.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Although the filing of a motion for new trial generally extends the deadline for filing a notice of appeal, such motion is not valid unless filed within 30 days after the entry of judgment. See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 21) (2003). Because O'Malley did not file a motion for new trial within 30 days after entry of the judgment of conviction, the motion did not extend the appeal deadline. Although O'Malley purported to file an out-of-time appeal, the Supreme Court has made clear that an out-of-time appeal is not a viable remedy in a criminal case. See *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022).

Because the trial court was without jurisdiction to decide O'Malley's motion for out-of-time appeal in this case, we VACATE the trial court's order and REMAND with instructions to dismiss the motion.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   04/06/2022  

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*       *, Clerk.*